UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BILL J. VAUGHN, | ) |
|       Plaintiff, | ) ) ) ) Civil No. 07-23-P-H |
| AMERADREAM CORPORATION, et al., | ) ) |
|       Defendants | ) ) |

**PROCEDURAL ORDER**

On June 18, 2007, Defendant Jan Guadina entered his appearance pro se. Mr. Guadina is advised that although it is certainly permissible for him to appear pro se on his own behalf when he is personally named as a defendant, he cannot appear in that manner on behalf of the defendant corporation, Ameradream Corporation. See Rowland v. Cal. Men's Colony, 506 U.S. 194 (1993)(recognizing the majority rule that prohibits corporations, partnerships, or associations from appearing in federal court "otherwise than through a licensed attorney,"); In re Victor Publishers, Inc. 545 F.2d 285. 286 (1st Cir.1967) ("Although an individual has a statutory right to represent himself in federal court even if he is not a lawyer, a corporation may be represented only by licensed counsel.") (citation omitted). Mr. Guadina is ORDERED to have an attorney enter an appearance on behalf of the defendant corporation by July 18, 2007, or risk default being entered against it.

*So Ordered.*

Dated June 18, 2007                     /s/ Margaret J. Kravchuk
                                                     U.S. Magistrate Judge